# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ACCURIDE CORPORATION, *et al.*,[1] | Case No. 24-12289 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 215 & 216** |

## ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER THE MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) CONDITIONALLY APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT, (II) APPROVING (A) THE SOLICITATION AND VOTING PROCEDURES AND (B) THE FORMS OF BALLOTS AND NOTICES IN CONNECTION THEREWITH, AND (C) CERTAIN DATES WITH RESPECT THERETO, (III) SCHEDULING A COMBINED HEARING, AND (IV) GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion to Shorten")[2] of the Debtors for entry of an order (a) shortening the time required for notice of the hearing to consider approval of the Conditional DS Motion so that it may be heard on November 20, 2024 at 11:00 a.m. (prevailing Eastern Time), and (b) setting a deadline of November 18, 2024 at 4:00 p.m. (prevailing Eastern Time) for objections to the Conditional DS Motion to be filed and served upon counsel for the Debtors; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Accuride Corporation (9077); Accuride Group Holdings, Inc. (4531); Accuride Intermediate Co., Inc. (9045); Accuride Distributing, LLC (3124); Accuride EMI, LLC (0389); Accuride Erie, L.P. (4862); Accuride Henderson Limited Liability Company (8596); AKW General Partner, L.L.C. (4861); AOT, LLC (3088); Armor Parent Corp. (6684); Bostrom Holdings, Inc. (9282); Bostrom Seating, Inc. (7179); Gunite Corporation (9803); KIC LLC (6356); Transportation Technologies Industries, Inc. (2791); and Truck Components, Inc. (5407). The location of the Debtors' service address is: 38777 Six Mile Road, Suite 410, Livonia, MI 48152.

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten.

order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion to Shorten is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having reviewed the Motion to Shorten; and this Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is granted.

2. The hearing to consider the Conditional DS Motion shall be held before this Court on November 20, 2024 at 11:00 a.m. (prevailing Eastern Time).

3. Any objections to the Conditional DS Motion shall be filed and served upon counsel for the Debtors on or before November 15, 2024 at 4:00 p.m. (prevailing Eastern Time).

4. Any replies in support of the Conditional DS Motion may be filed on or before November 19, 2024.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: November 6th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE