**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ACCURIDE CORPORATION, *et al.*,[1] | ) Case No. 24-12289 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 24 & 88** |
| | ) |
| | ) **Hearing Date**: |
| | ) December 6, 2024 at 10:30 a.m. (ET) |

## NOTICE OF ADJOURNED HEARING

**PLEASE TAKE NOTICE** that on October 10, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 24] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). On October 11, 2024, the Court entered an order granting the relief requested in the Motion on an interim basis. *See* Docket No. 88.

**PLEASE TAKE NOTICE** that on October 15, 2024, the Debtors filed the *Omnibus Notice of Hearing on First Day Pleadings and Final Hearing Thereon* [Docket No. 102] (the "Omnibus Notice of Hearing"), which scheduled a hearing (the "Hearing") to consider the Motion on a final basis for November 5, 2024 at 11:00 a.m. (ET). Thereafter, the Hearing was subsequently adjourned to November 20, 2024 at 11:00 a.m. (ET) and then to December 3, 2024 at 10:00 a.m. (ET). *See* Docket Nos. 212 and 318.

**PLEASE TAKE FURTHER NOTICE** that, with the permission of the Court, the Hearing has been further adjourned to December 6, 2024 at 10:30 a.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Accuride Corporation (9077); Accuride Group Holdings, Inc. (4531); Accuride Intermediate Co., Inc. (9045); Accuride Distributing, LLC (3124); Accuride EMI, LLC (0389); Accuride Erie L.P. (4862); Accuride Henderson Limited Liability Company (8596); AKW General Partner, L.L.C. (4861); AOT, LLC (3088); Armor Parent Corp. (6684); Bostrom Holdings, Inc. (9282); Bostrom Seating, Inc. (7179); Gunite Corporation (9803); KIC LLC (6356); Transportation Technologies Industries, Inc. (2791); and Truck Components, Inc. (5407). The location of the Debtors' service address is: 38777 Six Mile Road, Suite 410, Livonia, MI 48152.

Dated: November 21, 2024
Wilmington, Delaware

| | |
|---|---|
| */s/ Joseph Barry* | |
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Joseph Barry (Del. Bar No. 4221) | Ryan Blaine Bennett, P.C. (admitted *pro hac vice*) |
| Kenneth J. Enos (Del. Bar No. 4544) | Alexander D. McCammon (admitted *pro hac vice*) |
| Jared W. Kochenash (Del. Bar. No. 6557) | 333 West Wolf Point Plaza |
| Andrew A. Mark (Del. Bar No. 6861) | Chicago, Illinois 60654 |
| Rodney Square | Telephone: (312) 862-2000 |
| 1000 North King Street | Facsimile: (312) 862-2200 |
| Wilmington, Delaware 19801 | Email: ryan.bennett@kirkland.com |
| Telephone: (302) 571-6600 | alex.mccammon@kirkland.com |
| Facsimile: (302) 571-1253 | |
| Email: jbarry@ycst.com | -and- |
| kenos@ycst.com | |
| jkochenash@ycst.com | Derek I. Hunter (admitted *pro hac vice*) |
| amark@ycst.com | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: derek.hunter@kirkland.com |
| | |
| *Co-Counsel for the Debtors* | *Co-Counsel for the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |