IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ACCURIDE CORPORATION, *et al.*,[1] | ) | Case No. 24-12289 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 24, 88, 338** |

## ORDER APPROVING AMENDED JOINT PROPOSED BRIEFING SCHEDULE

This Court having considered the *Certification of Counsel Regarding Order Approving Amended Joint Proposed Briefing Schedule* (the "Certification")[2]; this Court having determined that good and adequate cause exists for approval of the Proposed Order; and this Court having determined that no further notice must be given; it is HEREBY ORDERED THAT:

1. The Initial Briefing Schedule is modified as set forth herein.

2. The deadline for the Committee and the Prepetition ABL Agent to file an objection to the Motion is Tuesday, December 3, 2024 at 12:00 p.m. (ET).

3. The deadline for the Debtors or other parties to file a reply brief in support of the Motion is Wednesday, December 4, 2024.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Accuride Corporation (9077); Accuride Group Holdings, Inc. (4531); Accuride Intermediate Co., Inc. (9045); Accuride Distributing, LLC (3124); Accuride EMI, LLC (0389); Accuride Erie L.P. (4862); Accuride Henderson Limited Liability Company (8596); AKW General Partner, L.L.C. (4861); AOT, LLC (3088); Armor Parent Corp. (6684); Bostrom Holdings, Inc. (9282); Bostrom Seating, Inc. (7179); Gunite Corporation (9803); KIC LLC (6356); Transportation Technologies Industries, Inc. (2791); and Truck Components, Inc. (5407). The location of the Debtors' service address is: 38777 Six Mile Road, Suite 410, Livonia, MI 48152.

[2] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to them in the Certification.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November 25th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE