## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ACCURIDE CORPORATION, *et al.*,[1] | ) Case No. 24-12289 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

**THIRD AMENDED NOTICE OF RULE 30(B)(6) DEPOSITION IN CONNECTION WITH DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO (A) OBTAIN POSTPETITION SENIOR SECURED FINANCING AND (B) USE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, (III) GRANTING LIENS AND SUPERPRIORITY CLAIMS, (IV) MODIFYING THE AUTOMATIC STAY, (V) SCHEDULING A FINAL HEARING, AND (VI) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT,** pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure made applicable by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Unsecured Creditors of Accuride Corporation, *et al.* (the "Committee"), by and through its undersigned counsel, will, in connection with *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 24], take the deposition

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Accuride Corporation (9077); Accuride Group Holdings, Inc. (4531); Accuride Intermediate Co., Inc. (9045); Accuride Distributing, LLC (3124); Accuride EMI, LLC (0389); Accuride Erie L.P. (4862); Accuride Henderson Limited Liability Company (8596); AKW General Partner, L.L.C. (4861); AOT, LLC (3088); Armor Parent Corp. (6684); Bostrom Holdings, Inc. (9282); Bostrom Seating, Inc. (7179); Gunite Corporation (9803); KIC LLC (6356); Transportation Technologies Industries, Inc. (2791); and Truck Components, Inc. (5407). The location of the Debtors' service address is: 38777 Six Mile Road, Suite 410, Livonia, MI 48152.

upon oral examination of a designee or designees of the Debtors in the above-captioned chapter 11 cases, on **December 19, 2024, starting at 10:00 a.m. (Eastern)**, by Zoom.  The deposition will take place before a court reporter, will be recorded by stenographic means and videotaped, and shall continue from day to day until it has been completed.

      **PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable to these cases by Federal Rules of Bankruptcy Procedure 7030 and 9014, the Debtors must designate one or more persons to testify on their behalf with regard to all matters known or reasonably available to them on the matters set forth on Schedule A attached hereto.

*[remainder of page intentionally left blank]*

Dated: Wilmington, Delaware
      December 18, 2024

<div style="margin-left:40%;">

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
      bkeilson@morrisjames.com
      scerra@morrisjames.com

-and-

Lorenzo Marinuzzi (admitted *pro hac vice*)
Theresa A. Foudy (admitted *pro hac vice*)
Benjamin Butterfield (admitted *pro hac vice*)
Raff Ferraioli (admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: lmarinuzzi@mofo.com
      tfoudy@mofo.com
      bbutterfield@mofo.com
      rferraioli@mofo.com

*Counsel for the Official Committee of Unsecured
Creditors of Accuride Corporation, et al.*

</div>

## SCHEDULE A

### Definitions

As used herein, the following terms shall have the meanings indicated below:

1.      "503(b)(9) Claimants" has the meaning give to that term in the Critical Vendor Motion.

2.      "Adequate Protection Claims" has the meaning given to that term in the DIP Motion.

3.      "Administrative Expenses" means expenses entitled to payment under section 503(b) of the Bankruptcy Code.

4.      "Approved Fee Party Advisors" has the meaning given to that term in the DIP Motion.

5.      "Backstop Fee" has the meaning given to that term in the DIP Motion.

6.      "Bankruptcy Code" means chapter 11 of title 11 of the U.S. Code.

7.      "Claims" has the meaning given to that term in section 101(5) of the Bankruptcy Code.

8.      "Critical Vendor Motion" means the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) Foreign Vendors, (C) Lien Claimants, and (D) 503(B)(9) Claimants, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief* [Docket No. 13].

9.      "Critical Vendors" had the meaning given to that term in the Critical Vendor Motion.

10.     "<u>DIP</u>" means the debtor-in-possession financing sought to be approved in the DIP Motion.

11.     "<u>DIP Motion</u>" means the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 24].

12.     "<u>Debtors</u>" means Accuride Corporation, and its affiliated debtors in these Chapter 11 Cases, and any former or current directors, officers, members, agents, employees, representatives, managing agents, accountants, attorneys, investigators or affiliates, and any agents, employees or representatives thereof.

13.     "<u>Exit Fee</u>" has the meaning given to that term in the DIP Motion.

14.     "<u>Foreign Vendors</u>" has the meaning give to that term in the Critical Vendor Motion.

15.     "<u>Lien Claimants</u>" has the meaning give to that term in the Critical Vendor Motion.

16.     "<u>Milestones</u>" has the meaning given to that term in the DIP Motion.

17.     "<u>Permitted Variances</u>" has the meaning given to that term in the DIP Motion.

18.     "<u>Petition Date</u>" means October 9, 2024.

19.     "<u>Prepetition Bridge Loans</u>" has the meaning given to that term in the DIP Motion.

20.     "<u>Sale Premium</u>" has the meaning given to that term in the DIP Motion.

21.     "<u>Upfront Fee</u>" has the meaning given to that term in the DIP Motion.

## **<u>Deposition Topics</u>**

1.     The negotiation of the terms of the DIP, including, without limitation, the use of proceeds.

2.      The uses of the DIP, including, but not limited to, use of DIP proceeds to fund activities at non-Debtor foreign subsidiaries.

3.      The sizing of the DIP, including, without limitation, the adequacy of the amount of the DIP to meet the Debtors' liquidity needs and pay the Debtors' Administrative Expenses.

4.      Whether the Debtors are administratively insolvent.

5.      The actual, projected, and/or anticipated amount of the Debtors' professional fees.

6.      The actual, projected, and/or anticipated amount of the fees of the Approved Fee Party Advisors.

7.      The actual, projected, and/or anticipated amount of the Adequate Protection Claims.

8.      The actual, projected, and/or anticipated amount of the Debtors' payments to 503(b)(9) Claimants.

9.      The actual, projected, and/or anticipated amount of the Debtors' payments to Critical Vendors.

10.     The actual, projected, and/or anticipated amount of the Debtors' payments to Foreign Vendors.

11.     The actual, projected, and/or anticipated amount of the Debtors' payments to Lien Claimants.

12.     The actual, projected, and/or anticipated amount of the Debtors' Administrative Expenses.

13.     The sources of funds to pay the Debtors' Administrative Expenses, including, without limitation, the Debtors' professional fees, the Approved Fee Party Advisors' fees, the

- 6 -

Adequate Protection Claims, and the payments to 503(b)(9) Claimants, Critical Vendors, Foreign Vendors, and Lien Claimants.

14.    The Debtors' budgets, including, without limitation, (i) drafts and work in progress leading up to the final approved DIP budget and work in progress leading up to the revised DIP budget submitted to certain lenders on November 1, 2024, and (ii) assumptions concerning professional fees and length of these cases underlying the budgets.

15.    The Permitted Variances, including, without limitation, their reasonableness, the negotiations concerning the Permitted Variances, and the Debtors' decision-making process for approving the terms of the DIP in regards to the Permitted Variances.

16.    The Milestones, including, without limitation, their reasonableness, the negotiation of the Milestones, and the Debtors' decision-making process for approving the terms of the DIP in regards to the Milestones.

17.    The budget covenants, including, without limitation, their reasonableness, the negotiation of such covenants, and the Debtors' decision-making process for approving the terms of the DIP in regards to such covenants including, specifically, covenants relating to professional fees, the percentage of variance on receipts and disbursements, and net cash flow.

18.    The Upfront Fee including, without limitation, its amount, the negotiation of the fee, and the Debtors' decision-making process for approving the fee.

19.    The Exit Fee including, without limitation, its amount, the negotiation of the fee, and the Debtors' decision-making process for approving the fee.

20.    The Backstop Fee including, without limitation, its amount, the negotiation of the fee, and the Debtors' decision-making process for approving the fee.

21.     The Sale Premium including, without limitation, its amount, the negotiation of the premium, and the Debtors' decision-making process for approving the premium.

22.     The sale process, including, without limitation, its actual, projected, and/or anticipated length and cost.

23.     The Debtors' cost of capital in connection with the DIP.

24.     The anticipated timeline for these Chapter 11 Cases.

ny-2813025