# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ACCURIDE CORPORATION, *et al.*,[1] | ) | Case No. 24-12289 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**AMENDED NOTICE OF DEPOSITION OF ALEXANDER SVOYSKIY IN CONNECTION WITH DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO (A) OBTAIN POSTPETITION SENIOR SECURED FINANCING, AND (B) USE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, (III) GRANTING LIENS AND SUPERPRIORITY CLAIMS, (IV) MODIFYING THE AUTOMATIC STAY, (V) SCHEDULING A FINAL HEARING, AND (VI) GRANTING RELATED RELIEF**

**TO**: Alexander Svoyskiy, a Managing Director of Perella Weinberg Partners LP, the investment banker for the above captioned debtors, c/o Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attention: Derek Hunter.

**PLEASE TAKE NOTICE THAT** pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure made applicable to these cases through Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Unsecured Creditors of Accuride Corporation, *et al.* (the "Committee"), by and through its counsel, will take the deposition upon oral examination of Alexander Svoyskiy on **December 19, 2024, starting at 10:00 a.m.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Accuride Corporation (9077); Accuride Group Holdings, Inc. (4531); Accuride Intermediate Co., Inc. (9045); Accuride Distributing, LLC (3124); Accuride EMI, LLC (0389); Accuride Erie L.P. (4862); Accuride Henderson Limited Liability Company (8596); AKW General Partner, L.L.C. (4861); AOT, LLC (3088); Armor Parent Corp. (6684); Bostrom Holdings, Inc. (9282); Bostrom Seating, Inc. (7179); Gunite Corporation (9803); KIC LLC (6356); Transportation Technologies Industries, Inc. (2791); and Truck Components, Inc. (5407). The location of the Debtors' service address is: 38777 Six Mile Road, Suite 410, Livonia, MI 48152.

- 1 -

ny-2813027

**(Eastern)**, by Zoom, in connection with *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Financing, and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief* [Docket No. 24].  The deposition will take place before a court reporter, will be recorded by stenographic means and videotaped, and shall continue from day to day until it has been completed.

[Remainder of Page Left Intentionally Blank]

- 3 -

Dated: Wilmington, Delaware
December 18, 2024

/s/ *Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
      bkeilson@morrisjames.com
      scerra@morrisjames.com

-and-

Lorenzo Marinuzzi (admitted *pro hac vice*)
Theresa A. Foudy (admitted *pro hac vice*)
Benjamin Butterfield (admitted *pro hac vice*)
Raff Ferraioli (admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: lmarinuzzi@mofo.com
      tfoudy@mofo.com
      bbutterfield@mofo.com
      rferraioli@mofo.com

*Counsel for the Official Committee of Unsecured Creditors of Accuride Corporation, et al.*