# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ACCURIDE CORPORATION, *et al.*,[1] | ) Case No. 24-12289 (JKS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: Docket Nos. 24, 88, 102, 212, 318, 331, 401, 496 & 516** |
|  | ) |
|  | ) **Hearing Date**: |
|  | ) January 15, 2025 at 1:00 p.m. (ET) |

## NOTICE OF ADJOURNED HEARING

**PLEASE TAKE NOTICE** that on October 10, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 24] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). On October 11, 2024, the Court entered an order granting the relief requested in the Motion on an interim basis. *See* Docket No. 88.

**PLEASE TAKE NOTICE** that on October 15, 2024, the Debtors filed the *Omnibus Notice of Hearing on First Day Pleadings and Final Hearing Thereon* [Docket No. 102] (the "Omnibus Notice of Hearing"), which scheduled a hearing (the "Hearing") to consider the Motion on a final basis for November 5, 2024 at 11:00 a.m. (ET). Thereafter, the Hearing was subsequently adjourned to January 9, 2025 at 10:00 a.m. (ET). *See* Docket Nos. 212, 318, 331, 401 and 516.

**PLEASE TAKE FURTHER NOTICE** that, with the permission of the Court, the Hearing has been further adjourned to January 15, 2025 at 1:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Accuride Corporation (9077); Accuride Group Holdings, Inc. (4531); Accuride Intermediate Co., Inc. (9045); Accuride Distributing, LLC (3124); Accuride EMI, LLC (0389); Accuride Erie L.P. (4862); Accuride Henderson Limited Liability Company (8596); AKW General Partner, L.L.C. (4861); AOT, LLC (3088); Armor Parent Corp. (6684); Bostrom Holdings, Inc. (9282); Bostrom Seating, Inc. (7179); Gunite Corporation (9803); KIC LLC (6356); Transportation Technologies Industries, Inc. (2791); and Truck Components, Inc. (5407). The location of the Debtors' service address is: 38777 Six Mile Road, Suite 410, Livonia, MI 48152.

Dated: January 2, 2025
Wilmington, Delaware

*/s/ Jared W. Kochenash*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
| Joseph Barry (Del. Bar No. 4221) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Kenneth J. Enos (Del. Bar No. 4544) | Ryan Blaine Bennett, P.C. (admitted *pro hac vice*) |
| Jared W. Kochenash (Del. Bar. No. 6557) | Alexander D. McCammon (admitted *pro hac vice*) |
| Rodney Square | 333 West Wolf Point Plaza |
| 1000 North King Street | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (312) 862-2000 |
| Telephone: (302) 571-6600 | Facsimile: (312) 862-2200 |
| Facsimile: (302) 571-1253 | Email: ryan.bennett@kirkland.com |
| Email: jbarry@ycst.com | alex.mccammon@kirkland.com |
| kenos@ycst.com | |
| jkochenash@ycst.com | -and- |
| | Derek I. Hunter (admitted *pro hac vice*) |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: derek.hunter@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*

*Co-Counsel for the Debtors and Debtors in Possession*