IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ACCURIDE CORPORATION, *et al.*,[1] | ) ) ) | Case No. 24-12289 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) ) | **Re: Docket Nos. 301, 302, 327, 328 & 488** |
|  | ) ) ) ) | **Hearing Date**: January 27, 2025 at 10:00 a.m. (ET) |

## NOTICE OF CONFIRMATION HEARING

**PLEASE TAKE NOTICE THAT** on November 20, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 327] (the "Disclosure Statement Order"):  (a) authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to solicit votes on the *Amended Joint Plan of Reorganization of Accuride Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 301] (as modified, amended, or supplemented from time to time, the "Plan");[2] (b) conditionally approving the *Disclosure Statement Relating to the Amended Joint Plan of Reorganization of Accuride Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 302] (the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan; and (e) granting related relief.

**PLEASE TAKE FURTHER NOTICE THAT** on November 21, 2024, the Debtors filed the *Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan Filed by the Debtors* [Docket No. 328] noticing that the Court would consider final approval of Disclosure Statement and Confirmation of the Plan (the "Combined Hearing") for December 23, 2024, at 10:30 a.m., prevailing Eastern Time (the before the Honorable J. Kate Stickles, in the United States

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Accuride Corporation (9077); Accuride Group Holdings, Inc. (4531); Accuride Intermediate Co., Inc. (9045); Accuride Distributing, LLC (3124); Accuride EMI, LLC (0389); Accuride Erie L.P. (4862); Accuride Henderson Limited Liability Company (8596); AKW General Partner, L.L.C. (4861); AOT, LLC (3088); Armor Parent Corp. (6684); Bostrom Holdings, Inc. (9282); Bostrom Seating, Inc. (7179); Gunite Corporation (9803); KIC LLC (6356); Transportation Technologies Industries, Inc. (2791); and Truck Components, Inc. (5407).  The location of the Debtors' service address is:  38777 Six Mile Road, Suite 410, Livonia, MI 48152.

[2] Capitalized terms used but not otherwise defined herein have the same meaning ascribed to them in the Plan.

Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 3rd Floor, Courtroom #6, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE THAT** as on December 21, 2024, the Debtors filed the *Notice of Further Adjourned Confirmation Hearing* [Docket No. 488], which adjourned the Combined Hearing to a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing has been rescheduled to **January 27, 2025 at 10:00 a.m. (ET)**.

Dated: January 14, 2025
Wilmington, Delaware

*/s/ Jared W. Kochenash*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Joseph Barry (Del. Bar No. 4221)
Kenneth J. Enos (Del. Bar No. 4544)
Jared W. Kochenash (Del. Bar. No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:    jbarry@ycst.com
    kenos@ycst.com
    jkochenash@ycst.com

*Co-Counsel for the Debtors
and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)
Alexander D. McCammon (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    ryan.bennett@kirkland.com
    alex.mccammon@kirkland.com

-and-

Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    derek.hunter@kirkland.com

*Co-Counsel for the Debtors
and Debtors in Possession*