# AIN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ACCURIDE CORPORATION, *et al.*,[1] | Case No. 24-12289 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR STATUS CONFERENCE ON JANUARY 27, 2025 AT 10:00 A.M. (ET)

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM.**
>
> **PLEASE REFER TO JUDGE STICKLES' CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-J-KATE-STICKLES) AND THE COURT'S WEBSITE (HTTPS://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE STICKLES' EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**
>
> **REGISTRATION IS REQUIRED BY 4:00 P.M. (ET) THE LAST BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE *ECOURTAPPEARANCES* TOOL AVAILABLE ON THE COURT'S WEBSITE.**

## ADJOURNED/RESOLVED MATTERS

1. Confirmation of Amended Joint Plan of Reorganization of Accuride Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code

    Related Documents:

    A. Notice of Filing of Amended Joint Plan of Reorganization of Accuride Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code; and (II) Blackline Thereof [Docket No. 301; 11/18/24]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Accuride Corporation (9077); Accuride Group Holdings, Inc. (4531); Accuride Intermediate Co., Inc. (9045); Accuride Distributing, LLC (3124); Accuride EMI, LLC (0389); Accuride Erie L.P. (4862); Accuride Henderson Limited Liability Company (8596); AKW General Partner, L.L.C. (4861); AOT, LLC (3088); Armor Parent Corp. (6684); Bostrom Holdings, Inc. (9282); Bostrom Seating, Inc. (7179); Gunite Corporation (9803); KIC LLC (6356); Transportation Technologies Industries, Inc. (2791); and Truck Components, Inc. (5407). The location of the Debtors' service address is: 38777 Six Mile Road, Suite 410, Livonia, MI 48152.

[2] **All amendments appear in bold.**

B.     Notice of Filing of Amended Disclosure Statement Relating to the Joint Plan of Reorganization of Accuride Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code; and (II) Blackline Thereof [Docket No. 302; 11/18/24]

C.     Amended Joint Plan of Reorganization of Accuride Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code – Solicitation Version [Docket No. 325; 11/20/24]

D.     Disclosure Statement Relating to the Amended Joint Plan of Reorganization of Accuride Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code – Solicitation Version [Docket No. 326; 11/20/24]

E.     Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving (A) the Solicitation and Voting Procedures and (B) the Forms of Ballots and Notices in Connection Therewith, and (C) Certain Dates with Respect Thereto, (III) Scheduling a Combined Hearing, and (IV) Granting Related Relief [Docket No. 327; 11/20/24]

F.     Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan Filed by the Debtors [Docket No. 328; 11/21/24]

G.     Affidavit of Publication for Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan Filed by the Debtors [Docket No. 352; 11/25/24]

H.     Notice of Filing of Plan Supplement [Docket No. 419; 12/9/24]

I.     Declaration of Anthony Scwhartz, Managing Director of Perella Weinberg Partners LP, in Support of the Debtors' Disclosure Statement Relating to, and Confirmation of, the Amended Joint Plan of Reorganization of Accuride Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 449; 12/17/24]

J.     Declaration of Daniel Jerneycic, Managing Director of Alvarez & Marsal North America, LLC, in Support of the Debtors' Disclosure Statement Relating to, and Confirmation of, the Amended Joint Plan of Reorganization of Accuride Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 450; 12/17/24]

K.     Notice of Deposition of Daniel Jerneycic in Connection with Approval of the Debtors Disclosure Statement Relating to, and Confirmation of, the Amended Joint Plan of Reorganization of Accuride Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 467; 12/19/24]

L.     Notice of Deposition of Anthony Schwartz in Connection with Approval of the Debtors' Disclosure Statement Relating to, and Confirmation of, the Amended Joint Plan of Reorganization of Accuride Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 468; 12/19/24]

    M.    Notice of Further Adjourned Confirmation Hearing [Docket No. 488; 12/21/24]

    N.    Notice of Confirmation Hearing [Docket No. 550; 1/14/25]

    O.    Notice of Adjourned Confirmation Hearing [Docket No. 584; 1/22/25]

Response Deadline:    December 16, 2024 at 4:00 p.m. (ET); Extended for certain parties

Objections/Informal Responses:

    P.    Alter Trading Corporation's Limited Objection and Reservation of Rights to the Debtors' Proposed Plan and Disclosure Statement [Docket No. 435; 12/16/24]

    Q.    Objection of Stonebriar to Final Approval of Disclosure Statement and Confirmation of the Amended Joint Plan of Reorganization of Accuride Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 436; 12/16/24]

    R.    Informal response from Equipment Depot, Inc.

Status:    This matter is adjourned to a date and time to be determined.

2. Motion of Debtors for Entry of an Order (I) Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Under Which Any of the Debtors is a Lessee; and (II) Granted Related Relief [Docket No. 533; 1/7/25]

   Related Documents:

    A.    Omnibus Notice of Hearing [Docket No. 553; 1/16/25]

    B.    Amended Omnibus Notice of Hearing [Docket No. 561; 1/17/25]

    C.    Certificate of No Objection [Docket No. 582; 1/22/25]

    D.    Order (I) Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Under Which Any of the Debtors is a Lessee; and (II) Granted Related Relief [Docket No. 586; 1/23/25]

Response Deadline:    January 21, 2025

Objections/Informal Responses:    None

Status:    An order has been entered by the Court.  No hearing is required.

**MATTER GOING FORWARD**

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 24; 10/10/24]

   Related Documents:

   A. Declaration of Charles Moore, the Debtors' Chief Restructuring Officer, in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 25; 10/10/24]

   B. Declaration of Alexander Svoyskiy in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 26; 10/10/24]

   C. Notice of Filing of ABL Fee Letters Related to the Interim DIP Order Under Seal [(SEALED) Docket No. 53; 10/10/24]

   D. Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 88; 10/11/24]

   E. Order Authorizing the Debtors to File the ABL Fee Letters Related to the DIP Facility Under Seal [Docket No. 98; 10/11/24]

   F. Notice of Deposition of Charles Moore [Docket No. 195; 11/1/24]

   G. Notice of Adjourned Hearing [Docket No. 331; 11/21/24]

   H. Order Approving Amended Joint Proposed Briefing Schedule [Docket No. 351; 11/25/24]

   I. Second Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 401; 12/5/24]

J.     Third Amended Notice of Rule 30(b)(6) Deposition in Connection with Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 459; 12/18/24]

K.     Amended Notice of Deposition of Alexander Svoyskiy in Connection With Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 460; 12/18/24]

L.     Order (I) Authorizing the Debtors to Amend the DIP Credit Agreement and (II) Granting Related Relief [Docket No. 496; 12/23/24]

M.     Third Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 516; 12/30/24]

N.     Notice of Adjourned Hearing [Docket No. 521; 1/2/25]

**O.     Notice of ABL Cash Collateral Termination Declaration [Undocketed; 1/20/25]**

Response Deadline:     October 29, 2024 at 4:00 p.m. (ET); Extended for certain parties

Objections/Informal Responses:

P.     Informal response from the Chubb Companies

Q.     Informal response from the U.S. Trustee

R.     Informal response from the Official Committee of Unsecured Creditors

Status:     **This matter has not yet been resolved and the Debtors will provide the Court with a status report at the status conference.**

[*signature page follows*]

Dated: January 24, 2025
Wilmington, Delaware

*/s/ Joseph Barry*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Joseph Barry (Del. Bar No. 4221) | Ryan Blaine Bennett, P.C. (admitted *pro hac vice*) |
| Kenneth J. Enos (Del. Bar No. 4544) | Alexander D. McCammon (admitted *pro hac vice*) |
| Jared W. Kochenash (Del. Bar. No. 6557) | 333 West Wolf Point Plaza |
| Rodney Square | Chicago, Illinois 60654 |
| 1000 North King Street | Telephone: (312) 862-2000 |
| Wilmington, Delaware 19801 | Facsimile: (312) 862-2200 |
| Telephone: (302) 571-6600 | Email: ryan.bennett@kirkland.com |
| Facsimile: (302) 571-1253 | alex.mccammon@kirkland.com |
| Email: jbarry@ycst.com | |
| kenos@ycst.com | -and- |
| jkochenash@ycst.com | |
| | Derek I. Hunter (admitted *pro hac vice*) |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: derek.hunter@kirkland.com |

*Co-Counsel for the Debtors*          *Co-Counsel for the Debtors*
*and Debtors in Possession*           *and Debtors in Possession*