**SIGN-IN SHEET**

| CASE NAME   Accuride Corporation | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-12289 JKS | DATE:  1/27/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lorenzo Marinuzzi | Morrison & Foerster | Official committee of unsecured creditors |
| Jonath Lipshie | UST | UST |
| DAVID R. HURST | McDERMOTT WILL + EMERY | RETIREE COMMITTEE |
| Eric Monzo | Morris James | Official Committee of Unsecured Creditors |
| Eli Vonnegut | Davis Polk + Wardwell | Prepetition ABL Agent |
| Stephanie Massman | Davis Polk + Wardwell | Prepetition ABL Agent |
| Andrew Demming | MWAT | Prepetition ABL Agent |
| David Griffiths | Weil, Gotshal | Term Loan Lender |
| Gavin Andrews | ↓ | ↓ |
| Zach Shapiro | RLF | ↓ |
| James McCauley | ↓ | ↓ |
| Ken Enos | YLST | Debtor |
| J. Kochenash | " | " |
| Ryan Bennett | Kirkland | " |

## SIGN-IN SHEET

| CASE NAME   Accuride Corporation | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-12289 JKS | DATE:  1/27/2024 |

| **NAME** | **LAW FIRM or COMPANY** | **CLIENT REPRESENTING** |
|---|---|---|
| Derek Hunter | Kirkland | Debtor |
| Alex McGimmon | " | " |
| JEFFREY WISLER | C G | STONESRIAR |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## 10:00 AM

**24-12289-JKS Accuride Corporation**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| F. Gavin Andrews | Weil, Gotshal & Manges LLP | KKR & Co. Inc. | 10:00 AM | Zoom(Video and Audio) | yes |
| Troy J. Aramburu | SNELL & WILMER L.L.P. | Varilease Finance, Inc | 10:00 AM | Zoom(Video and Audio) | yes |
| Rick Archer | Law360 | | 10:00 AM | Audio Only | no |
| Darren Azman | McDermott Will & Emery LLP | the Official Committee of Retirees | 10:00 AM | Zoom(Video and Audio) | yes |
| Matt Barr | Weil, Gotshal & Manges LLP | KKR & Co. Inc. | 10:00 AM | Zoom(Video and Audio) | yes |
| Joseph M. Barry | Young, Conaway, Stargatt & Taylor | Debtors | 10:00 AM | Zoom(Video and Audio) | yes |
| Deanna D. Boll | McDermott Will & Emery LLP | the Official Committee of Retirees | 10:00 AM | Zoom(Video and Audio) | yes |
| Jessica Bonteque | Duane Morris LLP | Chubb Companies | 10:00 AM | Zoom(Video and Audio) | yes |
| Marc Brown | AlixPartners | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Luke O Brzozowski | Morris Nichols | Interested party | 10:00 AM | Zoom(Video and Audio) | yes |
| Chan Buck | Morrison & Foerster LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Benjamin Butterfield | Morrison & Foerster LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Jocelyn Campos | Ropes & Gray LLP | Alter Domus (US) LLC, as Administrative Agent and | 10:00 AM | Zoom(Video and Audio) | yes |
| Siena Cerra | Morris James LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Carl Charlotin | Pension Benefit Guaranty Corporation (PBGC) | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Patricia I-Pearn Chen | Ropes & Gray LLP | Alter Domus (US) LLC, as Administrative Agent and | 10:00 AM | Zoom(Video and Audio) | yes |
| Tiffany Strelow Cobb | Vorys, Sater, Seymour and Pease LLP | The Sherwin-Williams Company | 10:00 AM | Zoom(Video and Audio) | yes |
| Richard Collura | AlixPartners | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Chad Corazza | YCST LLP | | 10:00 AM | Zoom(Video and Audio) | yes |
| Michael Creme | Weil, Gotshal & Manges LLP | KKR & Co. Inc. | 10:00 AM | Zoom(Video and Audio) | yes |
| Richard R. Davis | Ellwood Aluminum, LLC | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Jason J. DeJonker | SEYFARTH SHAW LLP | Official Committee of | 10:00 AM | Zoom(Video and Audio) | yes |

| | | Unsecured Creditors | | | |
|---|---|---|---|---|---|
| [Robert Dehney](#) | Morris Nichols Arsht & Tunnell | Interested party | 10:00 AM | Zoom(Video and Audio) | yes |
| [Paul L. Fabsik](#) | | Interested Party | 10:00 AM | Audio Only | no |
| [Jennifer Feldsher](#) | Morgan, Lewis & Bockius LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| [Raff Ferraioli](#) | Morrison & Foerster LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| [Tony Flanagan](#) | AlixPartners | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| [Theresa A. Foudy](#) | Morrison & Foerster LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| [Kristin K. Going](#) | McDermott Will & Emery LLP | the Official Committee of Retirees | 10:00 AM | Zoom(Video and Audio) | yes |
| [Cynthia Graf](#) | Ternium Mexico SA de CV | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| [David Griffiths](#) | Weil, Gotshal & Manges LLP | KKR & Co. Inc. | 10:00 AM | Zoom(Video and Audio) | yes |
| [Ilayna Guevrekian](#) | Morrison & Foerster LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Taylor Harrison | | | 10:00 AM | Audio Only | no |
| David R. Hurst | McDermott Will & Emery LLP | the Official Committee of Retirees | 10:00 AM | Zoom(Video and Audio) | yes |
| Susan E. Kaufman | Law Office of Susan E. Kaufman, LLC | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Brya Michele Keilson | Morris James LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Dietrich Knauth | Reuters | media | 10:00 AM | Audio Only | no |
| Stefan Kroenung | AlixPartners | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Andre Kuyntjes | Matalco USA, LLC | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Oksana Lashko | Morrison & Foerster LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Paul Q. Li | Zhumadian CIMC Huajun Casting Co., Ltd. | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Kirkland K&E Listen-Only Line | Kirkland & Ellis LLP | Accuride Corporation | 10:00 AM | Zoom(Video and Audio) | yes |
| David MacGreevey | AlixPartners | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Tamara Mann | Morris Nichols Arsht & Tunnell | Interested Party | 10:00 AM | Zoom(Video and Audio) | yes |
| Doug Mannal | Morrison & Foerster LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Nicholas R. Marcus | SEYFARTH SHAW LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Jennifer L. Marines | Morrison & Foerster LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Lorenzo Marinuzzi | Morrison & Foerster LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Scott Martinez | AlixPartners | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Stephanie Massman | Davis Polk | Interested Party | 10:00 AM | Zoom(Video and Audio) | yes |
| James McCauley | Richards, Layton & Finger | | 10:00 AM | Zoom(Video and Audio) | yes |
| Michaela McInerney | Pension Benefit Guaranty Corporation (PBGC) | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Curtis O Miller | Morris Nichols | Interested Party | 10:00 AM | Zoom(Video and Audio) | yes |
| Jackson Miner | Davis Polk | Interested party | 10:00 AM | Zoom(Video and Audio) | yes |

| Eric J. Monzo | Morris James LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
|---|---|---|---|---|---|
| Michael Morgan | Morgan, Lewis & Bockius LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Joseph Murphy | Morrison & Foerster LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Domenic E. Pacitti | Klehr Harrison Harvey Branzburg LLP | Crestview | 10:00 AM | Zoom(Video and Audio) | yes |
| Xu Pang | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Crestview | 10:00 AM | Zoom(Video and Audio) | yes |
| Austin Park | Morris Nichols Arsht & Tunnell | Interested Party | 10:00 AM | Zoom(Video and Audio) | yes |
| Derrick Phelps | Matalco USA, LLC | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| J. Duncan Pitchford | Hydro Aluminum Metals USA, LLC | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Morgan Quian | Zhumadian CIMC Huajun Casting Co., Ltd. | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Nolley M. Rainey | McDermott Will & Emery LLP | the Official Committee of Retirees | 10:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Jonathan Randles | | Bloomberg News | 10:00 AM | Audio Only | no |
| Andrew Remming | Morris Nichols Arsht & Tunnell | Interested Party | 10:00 AM | Zoom(Video and Audio) | yes |
| Moedechai Rivkin | Davis Polk | Interested Party | 10:00 AM | Zoom(Video and Audio) | yes |
| Ian Gavin Roberts | Weil, Gotshal & Manges LLP | KKR & Co. Inc. | 10:00 AM | Zoom(Video and Audio) | yes |
| Shaya Rochester | Katten Muchin Rosenman LLP | Perella Weinberg Partners | 10:00 AM | Zoom(Video and Audio) | yes |
| Ken A. Rosen | Ken Rosen Advisors PC | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Natalie Rowles | McDermott Will & Emery LLP | the Official Committee of Retirees | 10:00 AM | Zoom(Video and Audio) | yes |
| Miranda K. Russell | Morrison & Foerster LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Richard M. Seltzer | Cohen, Weiss and Simon LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Zachary I Shapiro | Richards, Layton & Finger, P.A. | KKR & Co. Inc. | 10:00 AM | Zoom(Video and Audio) | yes |
| Michael A. Shiner | TUCKER ARENSBERG, P.C. | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Mark R. Somerstein | Ropes & Gray LLP | Alter Domus (US) LLC, as | 10:00 AM | Zoom(Video and Audio) | yes |

| | | Administrative Agent and | | | |
|---|---|---|---|---|---|
| James B. Sowka | SEYFARTH SHAW LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Rebecca L. Stark | Pension Benefit Guaranty Corporation (PBGC) | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Brian Stein | AlixPartners | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Michael Strollo | Pension Benefit Guaranty Corporation | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 10:00 AM | Audio Only | no |
| Gregory A. Taylor | Ashby & Geddes, P.A. | Varilease Finance, Inc | 10:00 AM | Zoom(Video and Audio) | yes |
| Stephanie Thomas | Pension Benefit Guaranty Corporation | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Andrew Valentini | AlixPartners | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Patricio Villavicencio | Ternium Mexico SA de CV | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Eli Vonnegut | Davis Polk | Interested Party | 10:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Christopher M. Vukelich | Tishkoff PLC | Creditor Production Services Management, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Jeff Wang | Cohen, Weiss and Simon LLP | Committee of Interns and Residents, SEIU | 10:00 AM | Zoom(Video and Audio) | yes |
| K. Jeff Wang | Cohen, Weiss and Simon LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Meir Weinberg | Ropes & Gray LLP | Alter Domus (US) LLC, as Administrative Agent and | 10:00 AM | Zoom(Video and Audio) | yes |
| Marshall Widick | International Union- UAW | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Rebecca J. Winthrop | Fulbright & Jaworski L.L.P. | Equipment Depot, Inc. | 10:00 AM | Zoom(Video and Audio) | yes |
| Melissa Woods | Cohen, Weiss and Simon LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Ben Zigterman | Law360 | | 10:00 AM | Audio Only | no |
| David Zubkis | | | 10:00 AM | Audio Only | no |