# Exhibit A

**Schedule of Assumed Contracts and Leases and Proposed Cure Amounts**

# ACCURIDE CORPORATION
# CONTRACT REVIEW

| | Accuride Party | Contract Counterparty | Assume / Assume & Assign / Amend & Assume | Contract Type | Cure Amount | Proposed Payment Date | Notes |
|---|---|---|---|---|---|---|---|
| 1 | Accuride Corporation | 3D SYSTEMS | Assume | Subscription | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 2 | Accuride Corporation | ACCURIDE DE MEXICO SA DE CV | Assume | Agreement | $0 | Plan Effective Date | |
| 3 | Accuride Corporation | ACCURIDE DE MEXICO SA DE CV | Assume | Agreement | $0 | Plan Effective Date | |
| 4 | Accuride Corporation | ACCURIDE DEL NORTE, SA DE C.V. | Assume | Agreement | $0 | Plan Effective Date | |
| 5 | Accuride Corporation | ACCURIDE DEL NORTE, SA DE C.V. | Assume | Agreement | $0 | Plan Effective Date | |
| 6 | Accuride Corporation | ACE PROPERTY | Assume | Agreement | $0 | Plan Effective Date | |
| 7 | Accuride Corporation | ACTIV CERBERUS HOLDINGS | Assume | Subscription | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 8 | Accuride Corporation | ADOBE VIA CDW | Assume | License | $16,450 | 45 days after the Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 9 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 10 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 11 | Accuride Corporation | ADVANCED WHEEL SALES | Assume | Agreement | $0 | Plan Effective Date | |
| 12 | Accuride Group Holdings, Inc. | AFCO PREMIUM CREDIT LLC | Assume | Agreement | $0 | Plan Effective Date | |
| 13 | Accuride Group Holdings, Inc. | AFCO PREMIUM CREDIT LLC | Assume | Agreement | $0 | Plan Effective Date | |
| 14 | Accuride Corporation | AFCO PREMIUM CREDIT LLC | Assume | Agreement | $0 | Plan Effective Date | |
| 15 | Accuride Corporation | AFCO PREMIUM CREDIT LLC | Assume | Agreement | $0 | Plan Effective Date | |
| 16 | Armor Parent Corp. | AGNL WHEELS MEXICO, S. DE R.L. DE C.V. | Assume | Agreement | $0 | Plan Effective Date | |
| 17 | Accuride Corporation | AGNL WHEELS MEXICO, S. DE R.L. DE C.V. | Assume | Agreement | $0 | Plan Effective Date | |
| 18 | Armor Parent Corp. | AGNL WHEELS, L.L.C. | Assume | Agreement | $0 | Plan Effective Date | |
| 19 | Accuride Corporation | AGNL WHEELS, L.L.C. | Assume | Agreement | $0 | Plan Effective Date | |
| 20 | Accuride Erie, L.P. | AGNL WHEELS, L.L.C. | Assume | Lease | $0 | Plan Effective Date | |
| 21 | Accuride Henderson Limited Liability Company | AGNL WHEELS, L.L.C. | Assume | Lease | $1,036,984 | Plan Effective Date | |
| 22 | AOT, LLC | AGNL WHEELS, L.L.C. | Assume | Lease | $0 | Plan Effective Date | |
| 23 | Accuride Corporation | AIRGAS | Assume | Agreement | $33,699 | 45 days after the Plan Effective Date | |
| 24 | Accuride Corporation | ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 25 | Accuride Corporation | ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. (SUBSIDIARY OF FAIRFAX FINANCIAL) | Assume | Agreement | $0 | Plan Effective Date | |

# ACCURIDE CORPORATION
## CONTRACT REVIEW

| | Accuride Party | Contract Counterparty | Assume / Assume & Assign / Amend & Assume | Contract Type | Cure Amount | Proposed Payment Date | Notes |
|---|---|---|---|---|---|---|---|
| 26 | Accuride Corporation | AMERICAN ALTERNATIVE INSURANCE CORPORATION | Assume | Surety Bond | $0 | Plan Effective Date | |
| 27 | Accuride Corporation | Trade Risk Guaranty Brokerage Services LLC | Assume | Surety Bond | $0 | Plan Effective Date | |
| 28 | Accuride Corporation | AMERICAN ALTERNATIVE INSURANCE CORPORATION | Assume | Surety Bond | $0 | Plan Effective Date | |
| 29 | Accuride Corporation | FIRST ADVANTAGE | Assume | Agreement | $0 | Plan Effective Date | |
| 30 | Accuride Henderson Limited Liability Company | ANGELO GORDON | Assume | Lease | $0 | Plan Effective Date | |
| 31 | Accuride Corporation | ANSYS INC | Assume | License | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 32 | Accuride Corporation | AON HEWITT/CONSULTING | Assume | Agreement | $15,742 | Plan Effective Date | |
| 33 | Accuride Corporation | ARCH INSURANCE GROUP INC. | Assume | Agreement | $0 | Plan Effective Date | |
| 34 | Accuride Corporation | ARCH SPECIALTY INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 35 | Accuride Corporation | AT&T | Assume | Agreement | $42,274 | 45 days after the Plan Effective Date | |
| 36 | Accuride Corporation | AT&T MOBILITY | Assume | Agreement | $30,342 | 45 days after the Plan Effective Date | |
| 37 | Accuride Corporation | ADMINAMERICA | Assume | Agreement | $0 | Plan Effective Date | |
| 38 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 39 | Accuride Corporation | BANNOCKBURN GLOBAL FOREX | Assume | Agreement | $0 | Plan Effective Date | |
| 40 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 41 | Accuride Corporation | AMERICAN HERITAGE LIFE INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 42 | Accuride Corporation | BEAZLEY INSURANCE COMPANY INC | Assume | Agreement | $0 | Plan Effective Date | |
| 43 | Accuride Corporation | BEAZLEY INSURANCE COMPANY INC | Assume | Agreement | $0 | Plan Effective Date | |
| 44 | Accuride Corporation | BLOOMBERG | Assume | Agreement | $0 | Plan Effective Date | |
| 45 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 46 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 47 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 48 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 49 | Accuride Corporation | BNY | Assume | Agreement | $0 | Plan Effective Date | |
| 50 | Accuride Corporation | BROADCOM VIA CDW | Assume | License | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |

# ACCURIDE CORPORATION
## CONTRACT REVIEW

| | Accuride Party | Contract Counterparty | Assume / Assume & Assign / Amend & Assume | Contract Type | Cure Amount | Proposed Payment Date | Notes |
|---|---|---|---|---|---|---|---|
| 51 | Accuride Corporation | BROOKS WILKINS SHARKEY & TURCO | Assume | Agreement | $0 | Plan Effective Date | |
| 52 | Accuride Corporation | BRYAN NEIGHBORS | Assume | Agreement | $0 | Plan Effective Date | |
| 53 | Accuride Corporation | C.H. ROBINSON WORLDWIDE, INC. | Assume | Agreement | $0 | Plan Effective Date | |
| 54 | Accuride Corporation | CAMBRIDGE CENTER LIMITED PARTNERSHIP | Assume | Lease | $15,095 | Plan Effective Date | |
| 55 | Accuride Corporation | CARTUS | Assume | Agreement | $0 | Plan Effective Date | |
| 56 | Accuride Corporation | CASUALTY INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 57 | Accuride Group Holdings, Inc. | CDW | Assume | Agreement | $0 | Plan Effective Date | |
| 58 | Accuride Corporation | CDW UK | Assume | Agreement | $0 | Plan Effective Date | |
| 59 | Accuride Henderson Limited Liability Company | CED EVANSVILLE SUPPLY CO | Assume | Agreement | $89,251 | 45 days after the Plan Effective Date | |
| 60 | Accuride Corporation | CHAD MONROE | Assume | Agreement | $0 | Plan Effective Date | |
| 61 | Accuride Corporation | CHAD MONROE | Assume | Agreement | $0 | Plan Effective Date | |
| 62 | Accuride Corporation | CHUBB BERMUDA INSURANCE LTD | Assume | Agreement | $0 | Plan Effective Date | |
| 63 | Accuride Corporation | CHURCHHILL CASUALTY LTD. | Assume | Agreement | $0 | Plan Effective Date | |
| 64 | Accuride Corporation | CHURCHHILL CASUALTY LTD. | Assume | Agreement | $0 | Plan Effective Date | |
| 65 | Accuride Corporation | AUTOMATIC DATA PROCESSING, INC. (ADP) | Assume | Agreement | $0 | Plan Effective Date | |
| 66 | Accuride Corporation | CISCO VIA CDW | Assume | Agreement | $113,412 | 45 days after the Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 67 | Accuride Corporation | BLUE CROSS BLUE SHIELD | Assume | Agreement | $0 | Plan Effective Date | |
| 68 | Accuride Corporation | COLUMBIA CASUALTY COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 69 | Accuride Corporation | CITRAN OCCUPATIONAL HEALTH | Assume | Agreement | $1,085 | 45 days after the Plan Effective Date | |
| 70 | Accuride Corporation | CORCENTRIC | Assume | Agreement | $0 | Plan Effective Date | |
| 71 | Accuride Corporation | CORCENTRIC | Assume | Agreement | $0 | Plan Effective Date | |
| 72 | Accuride Group Holdings, Inc. | COSCO | Assume | Agreement | $0 | Plan Effective Date | |
| 73 | Accuride Group Holdings, Inc. | COSCO | Assume | Agreement | $0 | Plan Effective Date | |
| 74 | Accuride Erie, L.P. | COYLE, LYNCH, & COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 75 | Accuride Corporation | COZEN O'CONNOR | Assume | Agreement | $0 | Plan Effective Date | |

| | Accuride Party | Contract Counterparty | Assume / Assume & Assign / Amend & Assume | Contract Type | Cure Amount | Proposed Payment Date | Notes |
|---|---|---|---|---|---|---|---|
| 76 | Accuride Corporation | CRAIG KESSLER | Assume | Agreement | $0 | Plan Effective Date | |
| 77 | Accuride Corporation | CRAIG R. KESSLER | Assume | Agreement | $0 | Plan Effective Date | |
| 78 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 79 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 80 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 81 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 82 | Accuride Group Holdings, Inc. | CRU PRICE RISK MANAGEMENT | Assume | Agreement | $0 | Plan Effective Date | |
| 83 | Accuride Corporation | CT CORPORATION | Assume | Agreement | $200 | 45 days after the Plan Effective Date | |
| 84 | Accuride Corporation | DAILYPAY, INC. | Assume | Agreement | $0 | Plan Effective Date | |
| 85 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 86 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 87 | Accuride Corporation | DAVID FAIPLER | Assume | Agreement | $0 | Plan Effective Date | |
| 88 | Accuride Henderson Limited Liability Company | DE LAGE LANDEN | Assume | Lease | $13,576 | Plan Effective Date | |
| 89 | Accuride Corporation | DEACONESS COMP CENTER | Assume | Agreement | $0 | Plan Effective Date | |
| 90 | Accuride Group Holdings, Inc. | DELOITTE & TOUCHE LLP | Assume | Agreement | $0 | Plan Effective Date | |
| 91 | Accuride Corporation | DELOITTE & TOUCHE LLP | Assume | Agreement | $0 | Plan Effective Date | |
| 92 | Accuride Corporation | DELOITTE & TOUCHE LLP | Assume | Agreement | $0 | Plan Effective Date | |
| 93 | Accuride Corporation | DELOITTE & TOUCHE LLP | Assume | Agreement | $0 | Plan Effective Date | |
| 94 | Accuride Corporation | DELOITTE & TOUCHE TAX (CANADA) | Assume | Agreement | $0 | Plan Effective Date | |
| 95 | Accuride Corporation | DILL | Assume | Agreement | $307,941 | 45 days after the Plan Effective Date | |
| 96 | Accuride Corporation | CONVERCENT | Assume | Agreement | $0 | Plan Effective Date | |
| 97 | Accuride Corporation | E2OPEN | Assume | Agreement | $0 | Plan Effective Date | |
| 98 | Accuride Corporation | EAC PRODUCT DEVELOPMENT | Assume | License | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 99 | Accuride Corporation | ERNST & YOUNG | Assume | Agreement | $0 | Plan Effective Date | |
| 100 | Accuride Corporation | ERNST & YOUNG | Assume | Agreement | $0 | Plan Effective Date | |

# ACCURIDE CORPORATION
# CONTRACT REVIEW

| | Accuride Party | Contract Counterparty | Assume / Assume & Assign / Amend & Assume | Contract Type | Cure Amount | Proposed Payment Date | Notes |
|---|---|---|---|---|---|---|---|
| 101 | Accuride Corporation | Fair American Insurance and Reinsurance Company | Assume | Agreement | $0 | Plan Effective Date | |
| 102 | Accuride Corporation | FASTMARKETS | Assume | Agreement | $0 | Plan Effective Date | |
| 103 | Accuride Corporation | EXPRESS SERVICES INC | Assume | Agreement | $8,081 | 45 days after the Plan Effective Date | |
| 104 | Accuride Corporation | FLEETCO INC. | Assume | Agreement | $0 | Plan Effective Date | |
| 105 | Accuride Corporation | FLEETCO INC. | Assume | Agreement | $0 | Plan Effective Date | |
| 106 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 107 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 108 | Accuride Corporation | FREEARK, DENNIS, MURPHY & MOSKOP PC | Assume | Agreement | $0 | Plan Effective Date | |
| 109 | Accuride Corporation | GDLSK (GRUNFELD DESIDERIO, ETC.) | Assume | Agreement | $0 | Plan Effective Date | |
| 110 | Accuride Corporation | GEOFFREY BRUCE | Assume | Agreement | $0 | Plan Effective Date | |
| 111 | Accuride Corporation | GEOFFREY J. BRUCE | Assume | Agreement | $0 | Plan Effective Date | |
| 112 | Accuride Corporation | GIBSON DUNN & CRUTCHER | Assume | Agreement | $0 | Plan Effective Date | |
| 113 | Accuride Corporation | GREAT AMERICAN | Assume | Agreement | $0 | Plan Effective Date | |
| 114 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 115 | Accuride Corporation | GRUPO TRAYECTO | Assume | Agreement | $0 | Plan Effective Date | |
| 116 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 117 | Accuride Corporation | GUARDIAN LIFE INSURANCE | Assume | Agreement | $0 | Plan Effective Date | |
| 118 | Accuride Corporation | HARDING & SHYMANSKI | Assume | Agreement | $0 | Plan Effective Date | |
| 119 | Accuride Corporation | HARDING & SHYMANSKI | Assume | Agreement | $0 | Plan Effective Date | |
| 120 | Accuride Corporation | HARDING & SHYMANSKI | Assume | Agreement | $0 | Plan Effective Date | |
| 121 | Accuride Corporation | HARDING & SHYMANSKI | Assume | Agreement | $0 | Plan Effective Date | |
| 122 | Accuride Corporation | HARDING & SHYMANSKI | Assume | Agreement | $0 | Plan Effective Date | |
| 123 | Accuride Corporation | HARTFORD FIRE INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 124 | Accuride Corporation | HARTFORD FIRE INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 125 | Accuride Corporation | HAWK RIDGE SYSTEMS | Assume | Agreement | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |

**ACCURIDE CORPORATION**
**CONTRACT REVIEW**

| | Accuride Party | Contract Counterparty | Assume / Assume & Assign / Amend & Assume | Contract Type | Cure Amount | Proposed Payment Date | Notes |
|---|---|---|---|---|---|---|---|
| 126 | KIC LLC | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 127 | KIC LLC | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 128 | Gunite Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 129 | Gunite Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 130 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 131 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 132 | Accuride Corporation | HDI GLOBAL SPECIALTY SE | Assume | Agreement | $0 | Plan Effective Date | |
| 133 | Accuride Corporation | HEALTH ADVOCATE | Assume | Agreement | $0 | Plan Effective Date | |
| 134 | Accuride Corporation | HEALTHCARE SERVICE CORPORATION (HCSC) | Assume | Agreement | $0 | Plan Effective Date | |
| 135 | Accuride Corporation | HEALTHEQUITY/WAGEWORKS | Assume | Agreement | $0 | Plan Effective Date | |
| 136 | Accuride Corporation | HEALTHWORKS | Assume | Agreement | $0 | Plan Effective Date | |
| 137 | Accuride Corporation | HENKEL | Assume | Agreement | $198,068 | 45 days after the Plan Effective Date | |
| 138 | Accuride Corporation | HIGHMARK | Assume | Agreement | $0 | Plan Effective Date | |
| 139 | Accuride Corporation | HOME OIL & GAS COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 140 | Accuride Corporation | HSA BANK | Assume | Agreement | $0 | Plan Effective Date | |
| 141 | Accuride Corporation | HUMANA | Assume | Agreement | $0 | Plan Effective Date | |
| 142 | Accuride Corporation | HUMANA INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 143 | Accuride Corporation | I/GEAR | Assume | License | $3,254 | 45 days after the Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 144 | Accuride Corporation | INDIAN HARBOR INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 145 | Accuride Corporation | INTERSTATE-TRUCKWAY, INC. | Assume | Lease | $0 | Plan Effective Date | |
| 146 | Accuride Corporation | JAYNE ORR | Assume | Agreement | $0 | Plan Effective Date | |
| 147 | Accuride Corporation | JAYNE ORR | Assume | Agreement | $0 | Plan Effective Date | |
| 148 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 149 | Accuride Corporation | K. TIMOTHY KLINE | Assume | Agreement | $0 | Plan Effective Date | |
| 150 | Accuride Corporation | KBITE AUTOMATISERING | Assume | License | $130 | 45 days after the Plan Effective Date | Filed as part of Plan Supplement on 12/9 |

| | Accuride Party | Contract Counterparty | Assume / Assume & Assign / Amend & Assume | Contract Type | Cure Amount | Proposed Payment Date | Notes |
|---|---|---|---|---|---|---|---|
| 151 | Accuride Corporation | KENNION BENEFIT ADVISORS | Assume | Agreement | $0 | Plan Effective Date | |
| 152 | Accuride Corporation | KING & SPALDING | Assume | Agreement | $0 | Plan Effective Date | |
| 153 | Accuride Henderson Limited Liability Company | KONICA MINOLTA BUSINESS SOLUTIONS | Assume | Lease | $0 | Plan Effective Date | |
| 154 | Accuride Corporation | KUHAR LAW, LLC | Assume | Agreement | $0 | Plan Effective Date | |
| 155 | Accuride Corporation | LATHAM & WATKINS LLP | Assume | Agreement | $0 | Plan Effective Date | |
| 156 | Accuride Corporation | LEXINGTON INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 157 | Accuride Corporation | LLOYDS OF LONDON | Assume | Agreement | $0 | Plan Effective Date | |
| 158 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 159 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 160 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 161 | Accuride Corporation | MACDONALD, ILLIG, JONES & BRITTON LLP | Assume | Agreement | $0 | Plan Effective Date | |
| 162 | Accuride Corporation | MATALCO INC. | Amend & Assume | Agreement | $0 | As agreed among the parties | |
| 163 | Accuride Corporation | MATTHEW A. FREEMAN | Assume | Agreement | $0 | Plan Effective Date | |
| 164 | Accuride Corporation | MATTHEW A. FREEMAN | Assume | Agreement | $0 | Plan Effective Date | |
| 165 | Meridian Leasing Corp - Erie | MERIDIAN LEASING | Assume | Lease | $0 | Plan Effective Date | |
| 166 | Accuride Erie, L.P. | MERIDIAN LEASING | Assume | Lease | $8,647 | Plan Effective Date | |
| 167 | Accuride Henderson Limited Liability Company | MERIDIAN LEASING | Assume | Lease | $13,175 | Plan Effective Date | |
| 168 | Accuride Distributing, LLC | MERIDIAN LEASING | Assume | Lease | $0 | Plan Effective Date | |
| 169 | Accuride Distributing, LLC | MERIDIAN LEASING | Assume | Lease | $25,053 | Plan Effective Date | |
| 170 | Accuride Henderson Limited Liability Company | MERIDIAN LEASING CORP | Assume | Lease | $0 | Plan Effective Date | |
| 171 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 172 | Accuride Corporation | MICHAEL BEST & FRIEDRICH LLP | Assume | Agreement | $0 | Plan Effective Date | |
| 173 | Accuride Corporation | MIDVALE INDEMNITY COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 174 | Accuride Corporation | MILLER NASH GRAHAM & DUNN LLP | Assume | Agreement | $0 | Plan Effective Date | |
| 175 | Accuride Corporation | MINITAB | Assume | License | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |

# ACCURIDE CORPORATION
## CONTRACT REVIEW

| | Accuride Party | Contract Counterparty | Assume / Assume & Assign / Amend & Assume | Contract Type | Cure Amount | Proposed Payment Date | Notes |
|---|---|---|---|---|---|---|---|
| 176 | Accuride Corporation | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. | Assume | Agreement | $0 | Plan Effective Date | |
| 177 | Accuride Corporation | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. | Assume | Agreement | $0 | Plan Effective Date | |
| 178 | Accuride Corporation | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. | Assume | Agreement | $0 | Plan Effective Date | |
| 179 | Accuride Corporation | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. | Assume | Agreement | $0 | Plan Effective Date | |
| 180 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 181 | Accuride Corporation | NETAPP VIA CDW | Assume | Agreement | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 182 | Accuride Corporation | NEXSEER CAPITAL, / 2211 MICHELSON DRIVE, SUITE 1110, IRVIVE CA 92612 | Assume | Lease | $0 | Plan Effective Date | |
| 183 | Accuride Henderson Limited Liability Company | NIGHTHAWK SECURITY | Assume | Agreement | $0 | Plan Effective Date | |
| 184 | Accuride Corporation | NITEL | Assume | Agreement | $3,470 | 45 days after the Plan Effective Date | |
| 185 | Accuride Corporation | OLD REPUBLIC INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 186 | Accuride Corporation | OLD REPUBLIC INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 187 | Accuride Corporation | OPEN TEXT INC | Assume | Subscription | $17,568 | 45 days after the Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 188 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 189 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 190 | Accuride Group Holdings, Inc. | PANDO | Assume | Agreement | $0 | Plan Effective Date | |
| 191 | Accuride Corporation | PAUL W. WRIGHT | Assume | Agreement | $0 | Plan Effective Date | |
| 192 | Accuride Corporation | PAUL WRIGHT | Assume | Agreement | $0 | Plan Effective Date | |
| 193 | Accuride Corporation | PENSKE | Assume | Agreement | $0 | Plan Effective Date | |
| 194 | Accuride Corporation | PENSKE TRUCK LEASING | Assume | Agreement | $0 | Plan Effective Date | |
| 195 | Accuride Group Holdings, Inc. | PROGRESS SOFTWARE | Assume | Agreement | $0 | Plan Effective Date | |
| 196 | Accuride Corporation | PROGRESSIVE HEALTH OF INDIANA LLC | Assume | Agreement | $0 | Plan Effective Date | |
| 197 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 198 | Accuride Corporation | QUEST DIAGNOSTICS | Assume | Agreement | $128 | 45 days after the Plan Effective Date | |
| 199 | Accuride Corporation | RBC WEALTH MANAGEMENT | Assume | Agreement | $0 | Plan Effective Date | |
| 200 | Accuride Corporation | RIGHT MANAGEMENT | Assume | Agreement | $0 | Plan Effective Date | |

| | Accuride Party | Contract Counterparty | Assume / Assume & Assign / Amend & Assume | Contract Type | Cure Amount | Proposed Payment Date | Notes |
|---|---|---|---|---|---|---|---|
| 201 | Accuride Corporation | RIM LOGISTICS, LTD. | Assume | Agreement | $0 | Plan Effective Date | |
| 202 | Accuride Corporation | ROBIN KENDRICK | Assume | Agreement | $0 | Plan Effective Date | |
| 203 | Accuride Corporation | ROBIN KENDRICK | Assume | Agreement | $0 | Plan Effective Date | |
| 204 | Accuride Corporation | ROCKWELL AUTOMATION, INC. | Assume | License | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 205 | Accuride Henderson Limited Liability Company | ROYSTER'S MACHINE SHOP, INC | Assume | Agreement | $0 | Plan Effective Date | |
| 206 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 207 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 208 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 209 | Accuride Corporation | SAGEVIEW ADVISORY | Assume | Agreement | $0 | Plan Effective Date | |
| 210 | Accuride Erie, L.P. | SAINT VINCENT | Assume | Agreement | $0 | Plan Effective Date | |
| 211 | Accuride Corporation | SCHAGRIN ASSOCIATES | Assume | Agreement | $0 | Plan Effective Date | |
| 212 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 213 | Accuride Corporation | SERVIACERO WORTHINGTON | Amend & Assume | Agreement | $0 | Plan Effective Date | |
| 214 | KIC LLC | SHANDONG JUNCHENG METAL TECHNOLOGY CO. (XINFA) | Assume & Assign to Accuride Corporation | Agreement | $1,777,253 | 45 days after the Plan Effective Date | |
| 215 | KIC LLC | SHANDONG JUNCHENG METAL TECHNOLOGY CO., LTD. | Assume & Assign to Accuride Corporation | Agreement | $0 | Plan Effective Date | |
| 216 | KIC LLC | SHANDONG JUNCHENG METAL TECHNOLOGY CO., LTD. | Assume & Assign to Accuride Corporation | Agreement | $0 | Plan Effective Date | |
| 217 | Accuride Corporation | SIEMENS INDUSTRY SOFTWARE | Assume | Subscription | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 218 | Accuride Corporation | SKOTTI FIETSAM | Assume | Agreement | $0 | Plan Effective Date | |
| 219 | Accuride Corporation | SKOTTI FIETSAM | Assume | Agreement | $0 | Plan Effective Date | |
| 220 | Accuride Corporation | SMARTSHEET | Assume | Subscription | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 221 | Accuride Corporation | STANDARD INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 222 | Accuride Corporation | STARR SURPLUS LINES INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 223 | Accuride Corporation | STARSTONE SPECIALTY INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 224 | Accuride Corporation | STARSTONE SPECIALTY INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 225 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |

| | Accuride Party | Contract Counterparty | Assume / Assume & Assign / Amend & Assume | Contract Type | Cure Amount | Proposed Payment Date | Notes |
|---|---|---|---|---|---|---|---|
| 226 | Accuride Corporation | STOUGHTON TRAILERS, LLC | Assume | Agreement | $0 | Plan Effective Date | |
| 227 | Accuride Corporation | TEAM VIEWER GMBH | Assume | Agreement | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 228 | Accuride Corporation | THE EXECUTIVE WING | Assume | Agreement | $0 | Plan Effective Date | |
| 229 | Accuride Corporation | THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 230 | Accuride Erie, L.P. | TRANSAMERICA | Assume | Agreement | $0 | Plan Effective Date | |
| 231 | Gunite Corporation | TRANSAMERICA | Assume | Agreement | $0 | Plan Effective Date | |
| 232 | Accuride Corporation | TRANSAMERICA | Assume | Agreement | $0 | Plan Effective Date | |
| 233 | Accuride Erie, L.P. | TRUCENT | Assume | Agreement | $943,204 | 45 days after the Plan Effective Date | |
| 234 | Accuride Henderson Limited Liability Company | TRUCENT SEPERATION | Assume | Lease | $0 | Plan Effective Date | |
| 235 | Accuride Corporation | TWIN CITY FIRE INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 236 | Accuride Corporation | TWIN CITY FIRE INSURANCE COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 237 | Accuride Erie, L.P. | UAW | Assume | Agreement | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 238 | Accuride Erie, L.P. | UAW | Assume | Agreement | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 239 | Gunite Corporation | UAW | Assume | Agreement | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 240 | Gunite Corporation | UAW | Assume | Agreement | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 241 | Accuride Corporation | UFP PACKAGING , LLC | Amend & Assume | Agreement | $0 | Plan Effective Date | |
| 242 | Accuride Erie, L.P. | UNIFIRST CORP | Assume | Agreement | $0 | Plan Effective Date | |
| 243 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 244 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 245 | Accuride Henderson Limited Liability Company | VARILEASE FINANCE, INC. | Assume | Lease | $24,844 | Plan Effective Date | |
| 246 | Accuride Corporation | VARILEASE FINANCE, INC. | Assume | Lease | $0 | Plan Effective Date | |
| 247 | Accuride Corporation | VARILEASE FINANCE, INC. | Assume | Agreement | $0 | Plan Effective Date | |
| 248 | Accuride Corporation | VEEAM VIA CDW | Assume | Subscription | $16,699 | 45 days after the Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 249 | Accuride Corporation | VENTEON | Assume | Agreement | $0 | Plan Effective Date | |
| 250 | Accuride Corporation | VERIZON WIRELESS | Assume | Agreement | $0 | Plan Effective Date | |

# ACCURIDE CORPORATION
## CONTRACT REVIEW

| | Accuride Party | Contract Counterparty | Assume / Assume & Assign / Amend & Assume | Contract Type | Cure Amount | Proposed Payment Date | Notes |
|---|---|---|---|---|---|---|---|
| 251 | Accuride Corporation | VICARY INSURANCE AGENCY LLC | Assume | Agreement | $0 | Plan Effective Date | |
| 252 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 253 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 254 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 255 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 256 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 257 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 258 | Accuride Corporation | VSP VISION CARE, INC. | Assume | Agreement | $0 | Plan Effective Date | |
| 259 | Accuride Corporation | [REDACTED] | Assume | Customer Agreement | $0 | Plan Effective Date | |
| 260 | Accuride Corporation | WABASH NATIONAL CORPORATION | Assume | Agreement | $0 | Plan Effective Date | |
| 261 | Accuride Corporation | WEBEX VIA CDW | Assume | Agreement | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 262 | Accuride Corporation | WILSON TRAILER COMPANY | Assume | Agreement | $0 | Plan Effective Date | |
| 263 | Accuride Corporation | WINSTON STRAWN | Assume | Agreement | $0 | Plan Effective Date | |
| 264 | Accuride Corporation | WINTRUST COMMERCIAL FINANCE | Assume | Lease | $161,418 | Plan Effective Date | |
| 265 | Accuride Corporation | ZELIS | Assume | Agreement | $0 | Plan Effective Date | |
| 266 | Accuride Corporation | ZENDESK | Assume | Subscription | $0 | Plan Effective Date | Filed as part of Plan Supplement on 12/9 |
| 267 | Accuride Corporation | Ternium Mexico, S.A. DE C.V. | Assume | Consignment and Sale Agreement | $0 | Plan Effective Date | |